UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Nelson v. C.R. Bard, Inc., et al.*,
Case No. 2:20-cv-5179

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Dismiss (ECF No. 5).

Plaintiff's Motion is **GRANTED** and this case is **DISMISSED**.

    **IT IS SO ORDERED.**


**5/10/2024**　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1